# Third District Court of Appeal

## State of Florida

Opinion filed May 1, 2019.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-0013
Lower Tribunal No. 15-14018
_____

**Thomas Machinery, Inc.,**
Petitioner,

vs.

**Ainsworth International, LLC,**
Respondent.

On Petition for Writ of Certiorari from the Circuit Court for Miami-Dade County, Mavel Ruiz, Judge.

Zebersky Payne Shaw Lewenz, LLP, and Jordan A. Shaw and Kimberly A. Slaven (Fort Lauderdale), for petitioner.

Joseph E. Altschul, LLC, and Joseph E. Altschul and Alexandria L. Beaton (Pembroke Pines), for respondent.

Before LOGUE, SCALES and HENDON, JJ.

PER CURIAM.

<u>ON MOTION TO DISMISS</u>

Petitioner, defendant below, Thomas Machinery, Inc., seeks certiorari review of a non-final order of the trial court denying Petitioner's motion for leave to file an amended answer and affirmative defenses. We grant Respondent's motion to dismiss the petition because we lack certiorari jurisdiction to review the subject order; any error in denying Petitioner's leave to amend its pleadings is reviewable on plenary appeal. Harry Pepper & Assocs, Inc. v. City of Cape Coral, 369 So. 2d 969, 970 (Fla. 2d DCA 1979).

Petition dismissed.